1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   A.C. ROBINSON,

11             Plaintiff,              No. CIV S-05-0342 DFL DAD P

12        vs.

13   D.L. RUNNELS,

14             Defendant.              ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding pro se with a civil rights action.  Pursuant

17   to the court's order filed October 27, 2005, plaintiff has submitted an amended complaint.

18        Plaintiff's amended complaint appears to state cognizable claims for relief

19   pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended

20   complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of the action.

21   The court will therefore authorize service of the amended complaint on defendant D.L. Runnels.

22        Plaintiff previously submitted a completed USM-285 form for defendant Runnels

23   together with a completed summons.  In order to expedite service of the amended complaint, the

24   court will prepare the necessary copies of plaintiff's endorsed amended complaint.  After this

25   order has been filed and docketed, the court will direct the United States Marshal to serve the

26   amended complaint on defendant Runnels.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  Service of plaintiff's amended complaint filed November 14, 2005, is

3   appropriate for defendant D.L. Runnels; and

4        2.  The United States Marshal will be directed to serve the defendant pursuant to

5   Federal Rule of Civil Procedure 4 without payment of costs.

6   DATED: November 18, 2005.

7                                     _Dale A. Drozd_

8                                     DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

9   DAD:13
    robi0342.1ac

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2