IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **A. C. ROBINSON,** | 02:05-CV-0342 DFL DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. L. RUNNELS,** | |
| Defendant. | |

The Court, having considered Defendant's May 22, 2006 request for an extension of time to serve responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production of Documents, and good cause having been found:

**IT IS HEREBY ORDERED** that Defendant is granted an extension of time to and including forty-five days from the date of this order in which to serve his responses to Plaintiff's First Set of Interrogatories.  Defendant is granted a nunc pro tunc extension of time to and including May 22, 2006, to serve his responses to Plaintiff's first set of requests for production of documents.

DATED: May 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/robi0342.eotdiscresp