IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A. C. ROBINSON,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**D. L. RUNNELS,**<br><br>                    Defendant. | 2:05-CV-0342 DFL DAD P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO COMPEL** |

The Court having considered Defendant Runnels' request for an extension of time to file an opposition to Plaintiff's motion to compel production of documents, and good cause having been found:

**IT IS HEREBY ORDERED** that Defendant's July 6, 2006 request is granted and Defendant is granted an extension of time to August 10, 2006, to file his opposition to Plaintiff's motion to compel production of documents.

DATED: July 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/robi0342.extrespmtc