IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **A. C. ROBINSON,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**D. L. RUNNELS,**<br><br>　　　　　　　　　Defendant. | 2:05-cv-0342 DFL DAD P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR SECOND NUNC PRO TUNC EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

The Court having considered Defendant Runnels' request for a second nunc pro tunc extension of time to serve responses to Plaintiff's first set of interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant is granted an extension of time, nunc pro tunc, to and including July 25, 2006, to serve his responses to Plaintiff' first set of interrogatories.

DATED: July 31, 2006.

　　　　　　　　　　　　_____
　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/robi0342.secextrogs