IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **A. C. ROBINSON,**<br><br>Plaintiff,<br><br>v.<br><br>**D. L. RUNNELS,**<br><br>Defendant. | 02:05-cv-0342 DFL DAD P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** |

The Court having considered Defendant's October 10, 2006 request for an extension of time to serve responses to Plaintiff's Second Set of Interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time to and including November 13, 2006, to serve his responses to Plaintiff's Second Set of Interrogatories.

DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/robi0342.eotssi