IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A.C. ROBINSON,

     Plaintiff,                    No. CIV S-05-0342 DFL DAD P

    vs.

D.L. RUNNELS,

     Defendant.              <u>ORDER</u>

_____/

        Plaintiff has moved to compel defendant to produce documents in response to Nos. 1, 2, 3, and 4 of plaintiff's first request for production of documents. Plaintiff argues that his requests were within the scope of Fed. R. Civ. P. 26(b)(1) and that defendant's improper objections abused the good faith of the discovery process.

        Defendant requested and received a thirty-day extension of time to file opposition to plaintiff's motion. Counsel stated that she had determined there might be some documents responsive to plaintiff's requests that could be produced and also that documents produced in another case might be responsive but the documents are voluminous, concern lockdowns in addition to the one challenged in this case, and are not organized by date or housing facility. Counsel requested time to determine if any of the documents are relevant to plaintiff's claim and can be served on him, thereby eliminating or narrowing the issues to be resolved.

1

In opposition to plaintiff's motion, defendant makes the following points: defendant has no obligation to comply with the automatic disclosure provision of Rule 26 of the Federal Rules of Civil Procedure; plaintiff was served with amended responses to his requests; the amended responses provided plaintiff with a copy of the incident report on the riot that precipitated the lockdown at issue in this case, as well as all available memoranda describing events and actions taken by staff during the lockdown; defendant's amended responses include over 280 pages of reports and memoranda; in response to plaintiff's interrogatories, plaintiff was also served with a briefing report that summarizes all of the events that occurred during the lockdown.  Defendant contends that plaintiff's motion should be denied as defendant's objections are otherwise well taken.

Plaintiff did not file a reply to defendant's opposition.  Plaintiff's silence will be construed as an indication that plaintiff is satisfied with defendant's amended responses.  To the extent that plaintiff is not satisfied, the court sustains defendant's objections that plaintiff's requests do not seek production of specific identified documents, most of the requests are overbroad and burdensome, plaintiff appears to seek disclosure under the automatic disclosure provision of Rule 26, and in some instances plaintiff seeks documents that do not appear to be relevant and would not be admissible.

IT IS HEREBY ORDERED that plaintiff's June 12, 2006 motion to compel discovery (#21) is denied.

DATED: January 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
robi0342.mtc