IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AC ROBINSON,

      Plaintiff,                    No. CIV S-05-0342 RRB DAD P

    vs.

DL RUNNELS,

      Defendant.               ORDER

_____/

      Defendant has filed a request for an extension of time to file a pretrial statement. Good cause appearing, the court will grant defendant's request. In addition, the court will revise the date set for pretrial conference. The jury trial will remain set for February 11, 2008.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Defendant's November 8, 2007 request for an extension of time is granted.

      2. Defendant shall file and serve a pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before November 27, 2007.

      3. The Pretrial conference, as described in the court's scheduling order filed January 31, 2007, is continued from November 16, 2007, to November 30, 2007. The pretrial conference shall be conducted on the file only, without appearance by either party.

/////

1       4.  This matter is set for jury trial before the Honorable Ralph R. Beistline on
2  February 11, 2008.
3       5.  Except as set forth in this order, the scheduling order filed January 31, 2007,
4  remains in effect.
5  DATED: November 9, 2007.

                         /s/ Dale A. Drozd
                         DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE

DAD:9
robi0342.41mod

2