IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A.C. ROBINSON,

        Plaintiff,                No. CIV S-05-0342 RRB DAD P

    vs.

D.L. RUNNELS,

        Defendant.         ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to the defendant's January 11, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 13, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the defendant's motion to dismiss.

DATED: February 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
robi0342.36opp