1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  A.C. ROBINSON,
11         Plaintiff,                    No. CIV S-05-0342 JAM DAD P
12     vs.
13  D.L. RUNNELS,
14         Defendant.                    ORDER
15  _____/
16         Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42
17  U.S.C. § 1983. On October 16, 2009, the assigned district judge dismissed this action without
18  prejudice due to plaintiff's failure to exhaust administrative remedies. Pending before the court
19  is plaintiff's motion for a certificate of appealability.
20         Plaintiff is advised that the requirements for a certificate of appealability apply to
21  claims for habeas corpus relief. Plaintiff does not need a certificate of appealability to appeal
22  from the dismissal of his civil rights action brought under § 1983.
23  /////
24  /////
25  /////
26  /////

                                              1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a certificate of appealability (Doc. No. 66) is denied as unnecessary.

DATED: February 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi0342.coa