IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A.C. ROBINSON,

    Plaintiff,                    No. CIV S-05-0342 JAM DAD P

    vs.

D.L. RUNNELS,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On October 16, 2009, the assigned district judge dismissed this action without prejudice due to plaintiff's failure to exhaust administrative remedies.  Pending before the court is plaintiff's motion for a certificate of appealability.

        Plaintiff is advised that the requirements for a certificate of appealability apply to claims for habeas corpus relief.  Plaintiff does not need a certificate of appealability to appeal from the dismissal of his civil rights action brought under § 1983.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a certificate
2  of appealability (Doc. No. 66) is denied as unnecessary.
3  DATED: February 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi0342.coa